**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS | ) | No.   09 CR 50034-1 |
| | ) | |
| | ) | |
| OSIC BERNARD PUCKETT | ) | |

**Reference: Objections to Presentence Investigation Report**

The defendant, OSIC B. PUCKETT, interposes no objections to the presentence investigation report. The defendant does not agree with some incidental information included in the presentence investigation report which was apparently obtained from police reports, but poses no objection to the substantive information contained in the presentence investigation report.

OSIC B. PUCKETT, Defendant

By:/s/ Daniel J. Cain
DANIEL J. CAIN,
Attorney for Defendant

*Prepared By:*

Daniel J. Cain
Sreenan & Cain, P.C. #036692
321 West State Street, Suite 700
Rockford, Illinois 61101
(815) 962-5490

**CERTIFICATE OF SERVICE**

  The undersigned Attorney Daniel J. Cain hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing: "Reference: Presentence Investigation Report" was served on February 2, 2011, pursuant to the district court's ECF system on all ECF filers.

                  Daniel J. Cain /s/
                  DANIEL J. CAIN
                  Attorney at Law
                  321 W. State Street, Suite 700
                  Rockford, Illinois 61101
                  (815) 962-5490