UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 09 CR 50034-1 |
| | ) | |
| OSIC BERNARD PUCKETT, | ) | Judge Frederick J. Kapala |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' PETITION FOR REMISSION**

The United States, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, petitions this Court pursuant to 18 U.S.C. § 3573 for remission of the unpaid portion of the criminal fine owed by the defendant and a refund of the paid portion, and in support states as follows:

1. On February 22, 2011, judgment imposing a criminal fine in the amount of $25,000 and an assessment in the amount of $100 was entered against the defendant, OSIC BERNARD PUCKETT.

2. In related case 11 CV 50129, this court entered an order on February 13, 2012, stating that the $25,000 fine imposed in the instant criminal case is paid and full and completely satisfied, as a result of a stipulated agreement of the parties. (Dkt. #47).

3. As of February 16, 2012, the Clerk of the Court has applied $5,570.21 towards payment of the fine in the instant criminal case.

ACCORDINGLY, the United States petitions this Court pursuant to 18 U.S.C. § 3573 for an Order remitting the outstanding balance of the fine owed by the defendant and for the Clerk of the Court to refund to the defendant any funds collected and applied to the fine.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Joseph A. Stewart
  JOSEPH A. STEWART
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 469-6008
  joseph.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

UNITED STATES' PETITION FOR REMISSION

was served on the date of filing, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

        By: s/ Joseph A. Stewart
        JOSEPH A. STEWART
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 469-6008
        joseph.stewart@usdoj.gov