UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>OSIC BERNARD PUCKETT, )<br>)<br>Defendant. )<br>) | No. 09 CR 50034-1<br><br>Judge Frederick J. Kapala |

**RELEASE OF JUDGMENT LIEN**

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 09 CR 50034-1. The judgment in the amount of $25,100, having been remitted is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Winnebago County Recorder's Office as document number 20111015639, on April 28, 2011 is hereby released.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


    By: s/ Joseph A. Stewart
      JOSEPH A. STEWART
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6008
      joseph.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

      RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers.

      By: s/ Joseph A. Stewart
        JOSEPH A. STEWART
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois  60604
        (312) 469-6008
        joseph.stewart@usdoj.gov